UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ADAM HAWTHORNE, | ) | |
| Plaintiff, | ) | 3:12-cv-00168-LRH-WGC |
| vs. | ) | **ORDER** |
| DONALD HELLING, *et al.*, | ) | |
| Defendants. | ) | |

Adam Hawthorne, a prisoner at Warm Springs Correctional Center, submitted a *pro se* Civil Rights Complaint (received March 28, 2012), but failed to include the filing fee or an Application to Proceed *in Forma Pauperis* (ECF No. 1). Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

DATED this 2nd day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE