# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ADAM HAWTHORNE,

    Plaintiff,

vs.

DONALD HELLING, *et al.*,

    Defendants.

3:12-cv-00168-LRH-WGC

**ORDER**

Adam Hawthorne, a prisoner at Warm Springs Correctional Center, submitted a *pro se* Civil Rights Complaint (received March 28, 2012), but failed to include the filing fee or an Application to Proceed *in Forma Pauperis* (ECF No. 1). Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

DATED this 2nd day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE