AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

ADAM HAWTHORNE,

       Plaintiff,           JUDGMENT IN A CIVIL CASE
      V.

                            CASE NUMBER: **3:12-cv-00168-LRH-WGC**

DONALD HELLING, et al.,

       Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED, without prejudice for Plaintiff's failure to include the filing fee or an Application to Proceed *in forma pauperis* with the submission of the *pro se* Civil Rights Complaint (received March 28, 2012, ECF No. 1).

   April 2, 2012                                                      **LANCE S. WILSON**
                                                                                                Clerk

                                                                                      /s/ Katie Lynn Ogden
                                                                                        Deputy Clerk